UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIONG-LING HE,<br><br>        Plaintiff,<br><br>    v.<br><br>TODD LYONS, et al.,<br><br>        Defendants. | Case No. 3:25-cv-10639-JSC<br><br>**ORDER RE: STIPULATION ON BRIEFING AND HEARING DATE FOR PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 8 |

On December 12, 2025, the Court granted Petitioner's *ex parte* motion for a temporary restraining order and issued a briefing and hearing schedule on Petitioner's motion for a preliminary injunction. (Dkt. No. 4.) The parties have filed a stipulation to extend the briefing and hearing date which the Court grants, but sets the hearing on the motion for February 5, 2026 at 10:00 a.m. in Courtroom 8, 450 Golden Gate Ave., San Francisco, California. In light of the government's stipulation the temporary restraining order may remain in effect until the motion is heard, the Court finds good cause to extend the temporary restraining order to February 5, 2026 at 5:00 p.m.

This Order disposes of Docket No. 8.

**IT IS SO ORDERED.**

Dated: December 17, 2025

JACQUELINE SCOTT CORLEY
United States District Judge