UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

QIONG-LING HE,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 3:25-cv-10639-JSC

**JUDGMENT**

Having granted the petition for writ of habeas corpus by Order filed September 8, 2026, the Court enters judgment in favor of Petitioner and against Respondents.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge